QUORUM HEALTH CORPORATION (QHC)  Rao, Aparna

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 8/9/2016 | Purchase | 200 | $9.8500 |