UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Aparna Rao
Plaintiff,

v.

Case No. 3:16-cv-02475

Quorum Health Corporation, et al.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for  Plaintiff, Aparna Rao  hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the  Northern District of Illinois  . Attached is a Certificate of Good Standing from that Court.

s/ *[signature]*
Signature

Name: Patrick V. Dahlstrom

Address: POMERANTZ LLP

Address: 10 South LaSalle Street, Suite 3505

Address: Chicago, Illinois 60603

Phone: 312-377-1181

Email: pdahlstrom@pomlaw.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Patrick Vincent Dahlstrom

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Patrick Vincent Dahlstrom was duly admitted to practice in said Court on (11/30/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/11/2016 )

                                       Thomas G. Bruton , Clerk,
                                       By: David A. Jozwiak
                                           Deputy Clerk