# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Aparna Rao

Plaintiff,

v.

Case No. 3:16-cv-02475

Quorum Health Corporation, et al.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Aparna Rao hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of New Jersey. Attached is a Certificate of Good Standing from that Court.

s/ *[signature]*
Signature

Name: Marc C. Gorrie

Address: POMERANTZ LLP

Address: 600 Third Avenue, Floor 20

Address: New York, New York 10016

Phone: 212-661-1100

Email: mgorrie@pomlaw.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# Certificate of Good Standing



# United States of America
# District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Marc Christian Gorrie

was duly admitted to practice in said Court as of August 21, 2015, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: July 12, 2016



WILLIAM T. WALSH, CLERK

By _____
Crystal Shanklin, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.