# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Plaintiff, Aparna Rao

v.

Case No. 3:16-cv-02475

Quorum Health Corporation, et al.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Aparna Rao hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that Court.

s/ *[signature]*
Signature

Name: Corey D. Holzer

Address: HOLZER & HOLZER, LLC

Address: 1200 Ashwood Pkwy., Ste.410

Address: Atlanta, GA 30338

Phone: 770-392-0090

Email: cholzer@holzerlaw.com

**FEE: $75.00

(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **COREY DANIEL HOLZER, State Bar No. 364698,** was duly admitted to practice in said Court on January 18, 2000, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 29th day of September, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: _Stephanie Wilson-Bynum_
Stephanie Wilson-Bynum
Deputy Clerk