# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| APARNA RAO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:16-cv-02475 |
| vs. ) | Judge Crenshaw |
| ) | Magistrate Judge Brown |
| QUORUM HEALTH CORPORATION, THOMAS ) | |
| D. MILLER & MICHAEL J. CULOTTA ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF QUORUM HEALTH CORPORATION

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.02 of the Local Rules of the Court for the Middle District of Tennessee, Defendant Quorum Health Corporation hereby discloses that it has no parent corporations and there are no publicly held companies that own 10% or more of Quorum Health Corporation stock.

s/ John R. Jacobson
John R. Jacobson (BPR # 014365)
Milton S. McGee, III (BPR # 024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
tmcgee@rwjplc.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

| | |
|---|---|
| Paul Kent Bramlett | Patrick V. Dahlstrom |
| Robert Preston Bramlett | Pomerantz LLP |
| Bramlett Law Offices | 10 South La Salle Street, Suite 3505 |
| P.O. Box 150734 | Chicago, IL 60603 |
| Nashville, TN 37215-0734 | |
| | |
| Jeremy A. Lieberman | Corey D. Holzer |
| J. Alexander Hood II | Marshall P. Dees |
| Marc C. Gorrie | Holzer & Holzer, LLC |
| Pomerantz LLP | 1200 Ashwood Parkway, Suite 410 |
| 600 Third Avenue, 20th Floor | Atlanta, GA 30338 |
| New York, NY 10016 | |

this the 12th day of October, 2016.

                                                             s/ John R. Jacobson