# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| APARNA RAO | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 3:16-cv-02475 |
| vs. | ) Judge Crenshaw ) Magistrate Judge Brown |
| QUORUM HEALTH CORPORATION, THOMAS D. MILLER & MICHAEL J. CULOTTA | ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 46.1(d), Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta, hereby move the Court for an Order allowing Susan Elaine Hurd of the firm Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, (404) 881-7374, Suan.Hurd@alston.com, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Ms. Hurd is a member in good standing of the United States District Court for the Northern District of Georgia.

s/ John R. Jacobson
John R. Jacobson (BPR # 014365)
Milton S. McGee, III (BPR # 024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
tmcgee@rwjplc.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215-0734

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz LLP
10 South La Salle Street, Suite 3505
Chicago, IL 60603

Corey D. Holzer
Marshall P. Dees
Holzer & Holzer, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338

this the 3rd day of November, 2016.

    s/ John R. Jacobson