# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| APARNA RAO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:16-cv-02475 |
| vs. ) | Judge Crenshaw |
| ) | Magistrate Judge Brown |
| QUORUM HEALTH CORPORATION, THOMAS ) | |
| D. MILLER & MICHAEL J. CULOTTA ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 46.1(d), Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta, hereby move the Court for an Order allowing Melissa Joy Gworek of the firm Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, (404) 881-4471, Mel.Gworek@alston.com, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Ms. Gworek is a member in good standing of the United States District Court for the Northern District of Georgia.

s/ John R. Jacobson
John R. Jacobson (BPR # 014365)
Milton S. McGee, III (BPR # 024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
tmcgee@rwjplc.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

| | |
|---|---|
| Paul Kent Bramlett<br>Robert Preston Bramlett<br>Bramlett Law Offices<br>P.O. Box 150734<br>Nashville, TN 37215-0734 | Patrick V. Dahlstrom<br>Pomerantz LLP<br>10 South La Salle Street, Suite 3505<br>Chicago, IL 60603 |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>Marc C. Gorrie<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016 | Corey D. Holzer<br>Marshall P. Dees<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway, Suite 410<br>Atlanta, GA 30338 |
| Jonathan L. Bobbitt<br>Gilbert Russell McWherter PLC<br>341 Cool Springs Blvd., Suite 230<br>Franklin, TN 37067 | James A. Holifield, Jr.<br>Holifield & Associates, P.C.<br>8351 E Walker Springs Lane, Suite 303<br>Knoxville, TN 37923 |
| Wade B. Cowan<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road, Suite 300<br>Nashville, TN 37205 | Jessica Perry Corley<br>Susan Elaine Hurd<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 W Peachtree Street<br>Atlanta, GA 30309-3424 |
| Jerry E. Martin<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219 | |

this the 18th day of November, 2016.

                                                         s/ John R. Jacobson