UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Aparna Rao, Individually and On Behalf of
All Others Similarly Situated,
   Plaintiff,

v.

Quorum Health Corporation, Thomas D. Miller, and Michael J. Culotta,

   Defendants.

Case No. 3:16-cv-02475

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Manzoor Bevinal hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Middle District of Georgia. Attached is a Certificate of Good Standing from that Court.

                      s/ Michael I. Fistel, Jr.
                          Signature

Name: Michael I. Fistel, Jr.

Address: Johnson & Weaver, LLP

Address: 40 Powder Springs Street

Address: Marietta, GA 30064

Phone: (770) 200-3104

Email: michaelf@johnsonandweaver.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF GEORGIA**

**CERTIFICATE OF GOOD STANDING**



I, David W. Bunt, Clerk of this Court,

certify that MICHAEL I. FISTEL, Bar No. 262062

was duly admitted to practice in this Court on

October 22, 2008, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on 11/18/2016.

| | |
|---|---|
| David W. Bunt<br>CLERK | s/ Gail G. Sellers<br>DEPUTY CLERK |

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2016.

*/s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.

| | |
|---|---|
| Aparna Rao<br>Plaintiff | Corey D. Holzer<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holzer, Holzer & Fistel, LLC<br>200 Ashford Center North Suite 300<br>Atlanta , GA  30338<br>USA<br>(770) 392-0090<br>Fax: (770) 392-0029<br>Email:Cholzer@holzerlaw.Com<br><br>J. Alexander Hood , II<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (NY Office)<br>600 Third Avenue 20th Floor<br>New York , NY  10016<br>USA<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email:Ahood@pomlaw.Com<br><br>Jeremy A. Lieberman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (NY Office)<br>600 Third Avenue 20th Floor<br>New York , NY  10016<br>USA<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email:Jalieberman@pomlaw.Com<br><br>Marc C. Gorrie<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Mgorrie@pomlaw.Com<br><br>Marshall Dees<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holzer, Holzer & Fistel, LLC<br>200 Ashford Center North Suite 300<br>Atlanta , GA  30338<br>USA<br>(770) 392-0090<br>Fax: (770) 392-0029<br>Email:Mdees@holzerlaw.Com<br><br>Patrick V. Dahlstrom<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (Chicago Office)<br>10 S Lasalle Street Suite 3505<br>Chicago , IL  60603<br>USA<br>(312) 377-1181<br>Fax: (312) 377-1184<br>Email:Pdahlstrom@pomlaw.Com<br><br>Paul Kent Bramlett<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Pknashlaw@aol.Com<br><br>Robert P. Bramlett<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Robert@bramlettlawoffices.Com<br><br>James A. Holifield , Jr.<br>ATTORNEY TO BE NOTICED<br>Holifield & Associates, P.C.<br>8351 E Walker Springs Lane Suite 303 |

| | |
|---|---|
| | Knoxville , TN  37923<br>USA<br>(865) 566-0115<br>Fax: (865) 566-0119<br>Email:Aholifield@hapc-Law.Com |
| Manzoor Bevinal<br>Plaintiff | Jonathan L. Bobbitt<br>ATTORNEY TO BE NOTICED<br>Gilbert Russell McWherter PLC (Franklin TN Office)<br>341 Cool Springs Boulevard Suite 230<br>Franklin , TN  37067<br>USA<br>(615) 354-1144<br>Fax: (731) 664-1540<br>Email:Jbobbitt@gilbertfirm.Com |
| Quorum Health Corporation<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>615) 320-3700<br>Email:Tmcgee@rwjplc.Com |
| Thomas D. Miller<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203 |

Case 3:16-cv-02475   Document 52   Filed 11/21/16   Page 5 of 6 PageID #: 596

| | |
|---|---|
| | USA<br>615) 320-3700<br>Email:Tmcgee@rwjplc.Com |
| Michael J. Culotta<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>615) 320-3700<br>Email:Tmcgee@rwjplc.Com |
| Zwick Partners LP<br>Intervenor Plaintiff | Paul Kent Bramlett<br>ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Pknashlaw@aol.Com |
| Mitch Mongell<br>Movant | Wade B. Cowan<br>ATTORNEY TO BE NOTICED<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road Suite 300<br>Nashville , TN  37205<br>USA<br>(615) 256-8125<br>Fax: (615) 242-7853<br>Email:Wcowan@dhhrplc.Com |
| Ibew 673 Pension Plan<br>Movant | Jerry E. Martin<br>ATTORNEY TO BE NOTICED<br>Barrett Johnston Martin & Garrison, LLC<br>Bank Of America Plaza 414 Union Street Suite 900<br>Nashville , TN  37219<br>USA<br>(615) 244-2202<br>Fax: (615) 252-3798<br>Email:Jmartin@barrettjohnston.Com |