UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Aparna Rao, Individually and On Behalf of
All Others Similarly Situated,
    Plaintiff,

v.

Quorum Health Corporation, Thomas D. Miller, and Michael J. Culotta,

    Defendants.

Case No. 3:16-cv-02475

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Manzoor Bevinal hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of California. Attached is a Certificate of Good Standing from that Court.

s/ [signature]
Signature

Name: Frank J. Johnson

Address: Johnson & Weaver, LLP

Address: 600 West Broadway, Suite 1540

Address: San Diego, CA 92101

Phone: (619) 230-0063

Email: frankj@johnsonandweaver.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Frank J. Johnson was duly admitted to practice in said Court on 4/11/1995, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on      11/18/16

**JOHN MORRILL, Clerk of Court**

By: s/ M. Lozano

M. Lozano, Deputy

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2016.

*/s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.

| | |
|---|---|
| Aparna Rao<br>Plaintiff | Corey D. Holzer<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holzer, Holzer & Fistel, LLC<br>200 Ashford Center North Suite 300<br>Atlanta , GA  30338<br>USA<br>(770) 392-0090<br>Fax: (770) 392-0029<br>Email:Cholzer@holzerlaw.Com<br><br>J. Alexander Hood , II<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (NY Office)<br>600 Third Avenue 20th Floor<br>New York , NY  10016<br>USA<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email:Ahood@pomlaw.Com<br><br>Jeremy A. Lieberman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (NY Office)<br>600 Third Avenue 20th Floor<br>New York , NY  10016<br>USA<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email:Jalieberman@pomlaw.Com<br><br>Marc C. Gorrie<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Mgorrie@pomlaw.Com<br><br>Marshall Dees<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Holzer, Holzer & Fistel, LLC<br>200 Ashford Center North Suite 300<br>Atlanta , GA  30338<br>USA<br>(770) 392-0090<br>Fax: (770) 392-0029<br>Email:Mdees@holzerlaw.Com<br><br>Patrick V. Dahlstrom<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pomerantz LLP (Chicago Office)<br>10 S Lasalle Street Suite 3505<br>Chicago , IL  60603<br>USA<br>(312) 377-1181<br>Fax: (312) 377-1184<br>Email:Pdahlstrom@pomlaw.Com<br><br>Paul Kent Bramlett<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Pknashlaw@aol.Com<br><br>Robert P. Bramlett<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Robert@bramlettlawoffices.Com<br><br>James A. Holifield , Jr.<br>ATTORNEY TO BE NOTICED<br>Holifield & Associates, P.C.<br>8351 E Walker Springs Lane Suite 303 |

|  |  |
|---|---|
|  | Knoxville , TN  37923<br>USA<br>(865) 566-0115<br>Fax: (865) 566-0119<br>Email:Aholifield@hapc-Law.Com |
| Manzoor Bevinal<br>Plaintiff | Jonathan L. Bobbitt<br>ATTORNEY TO BE NOTICED<br>Gilbert Russell McWherter PLC (Franklin TN Office)<br>341 Cool Springs Boulevard Suite 230<br>Franklin , TN  37067<br>USA<br>(615) 354-1144<br>Fax: (731) 664-1540<br>Email:Jbobbitt@gilbertfirm.Com |
| Quorum Health Corporation<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>615) 320-3700<br>Email:Tmcgee@rwjplc.Com |
| Thomas D. Miller<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203 |

Case 3:16-cv-02475   Document 53   Filed 11/21/16   Page 5 of 6 PageID #: 602

| | |
|---|---|
| Michael J. Culotta<br>Defendant | Jessica Perry Corley<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center 1201 W Peachtree Street<br>Atlanta , GA  30309-3424<br>USA<br>(404) 881-7000<br>Fax: (404) 881-7777<br>Email:Jessica.Corley@alston.Com<br><br>Susan Elaine Hurd<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Email:Susan.Hurd@alston.Com<br><br>John R. Jacobson<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>(615) 320-3700<br>Email:Jjacobson@rwjplc.Com<br><br>Milton S. McGee , III<br>ATTORNEY TO BE NOTICED<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville , TN  37203<br>USA<br>615) 320-3700<br>Email:Tmcgee@rwjplc.Com |
| Zwick Partners LP<br>Intervenor Plaintiff | Paul Kent Bramlett<br>ATTORNEY TO BE NOTICED<br>Bramlett Law Offices<br>P O Box 150734<br>Nashville , TN  37215<br>USA<br>(615) 248-2828<br>Fax: (615) 254-4116<br>Email:Pknashlaw@aol.Com |
| Mitch Mongell<br>Movant | Wade B. Cowan<br>ATTORNEY TO BE NOTICED<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road Suite 300<br>Nashville , TN  37205<br>USA<br>(615) 256-8125<br>Fax: (615) 242-7853<br>Email:Wcowan@dhhrplc.Com |
| Ibew 673 Pension Plan<br>Movant | Jerry E. Martin<br>ATTORNEY TO BE NOTICED<br>Barrett Johnston Martin & Garrison, LLC<br>Bank Of America Plaza 414 Union Street Suite 900<br>Nashville , TN  37219<br>USA<br>(615) 244-2202<br>Fax: (615) 252-3798<br>Email:Jmartin@barrettjohnston.Com |

Case 3:16-cv-02475   Document 53   Filed 11/21/16   Page 6 of 6 PageID #: 603