UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| APARNA RAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUORUM HEALTH CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02475<br><br>Honorable Waverly D. Crenshaw, Jr.<br><br>MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Jerry E. Martin, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com

for the purposes of litigation in this Court as counsel for proposed Lead Plaintiff, IBEW 673 Pension Plan.

Danielle S. Myers is a member in good standing of the United States District Court for the Southern District of California. Her certificate of good standing is filed contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

DATED: December 19, 2016          Respectfully submitted,

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193


              s/ Jerry E. Martin
              JERRY E. MARTIN

Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

MACALA & PIATT, LLC
TIMOTHY P. PIATT
601 S. Main Street
North Canton, OH 44720
Telephone: 330/493-1570
330/493-7042 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2016.

      s/ Jerry E. Martin
      JERRY E. MARTIN
      BARRETT JOHNSTON MARTIN
      & GARRISON, LLC
      Bank of America Plaza
      414 Union Street, Suite 900
      Nashville, TN 37219
      Telephone: 615/244-2202
      615/252-3798 (fax)
      jmartin@barrettjohnston.com

# Mailing Information for a Case 3:16-cv-02475 Rao v. Quorum Health Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan L. Bobbitt**
  jbobbitt@gilbertfirm.com,sweaver@gilbertfirm.com,cstegall@gilbertfirm.com,gilbertrussellmcwherterplc@yahoo.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Marshall Dees**
  mdees@holzerlaw.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonandweaver.com,paralegal@johnsonandweaver.com

- **Marc C. Gorrie**
  mgorrie@pomlaw.com

- **Melissa Joy Gworek**
  Mel.Gworek@alston.com

- **Al Holifield**
  aholifield@hapc-law.com

- **James A. Holifield , Jr**
  aholifield@hapc-law.com

- **Corey D. Holzer**
  cholzer@holzerlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Susan Elaine Hurd**
  Susan.Hurd@alston.com

- **John R. Jacobson**
  jjacobson@rwjplc.com,mkillen@rwjplc.com,dbarnes@rwjplc.com

Case 3:16-cv-02475   Document 70   Filed 12/19/16   Page 4 of 5 PageID #: 802

- **Frank J. Johnson**
  frankj@johnsonandweaver.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,tellis@barrettjohnston.com,nchanin@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,ptiffith@rgrdlaw.com,hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

Case 3:16-cv-02475   Document 70   Filed 12/19/16   Page 5 of 5 PageID #: 803