# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

APARNA RAO, et al.,
Plaintiff,

v.

Case No. 3:16-cv-02475

QUORUM HEALTH CORPORATION, et al.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, APARNA RAO hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/ Michael J. Wernke
Signature

Name: Michael J. Wernke

Address: Pomerantz LLP

Address: 600 Third Avenue, 20th Floor

Address: New York, NY 10016

Phone: 212-661-1100

Email: mjwernke@pomlaw.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>   **MICHAEL JONATHAN WERNKE**   </u>, Bar # <u>  **MW3747**  </u>

was duly admitted to practice in this Court on

<u>  **JUNE 16, 2009**  </u>, and is in good standing as a member of the Bar of this Court.

  500 Pearl Street
Dated at <u>New York, New York</u>  on  <u>  **FEBRUARY 24, 2017**  </u>

  <u>Ruby J. Krajick</u>  by  <u> *[signature]* </u>
    Clerk         Deputy Clerk