# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| APARNA RAO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:16-cv-02475 |
| vs. ) | Judge Crenshaw |
| ) | Magistrate Judge Brown |
| QUORUM HEALTH CORPORATION, THOMAS ) | |
| D. MILLER & MICHAEL J. CULOTTA ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 46.1(d), Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta, hereby move the Court for an Order allowing Lisa R. Bugni of the firm King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309, 404-572-4577, LBugni@KSLAW.com, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Ms. Bugni is a member in good standing of the United States District Court for the Northern District of Georgia.

 

s/ John R. Jacobson
John R. Jacobson (BPR # 014365)
Milton S. McGee, III (BPR # 024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215-0734

James A. Holifield , Jr.
Al Holifield
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
Michael J. Wernke
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz LLP
10 South La Salle Street, Suite 3505
Chicago, IL 60603

Susan E. Hurd
Melissa J. Gworek
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Corey D. Holzer
Marshall P. Dees
Holzer & Holzer, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338

Robert J. Walker
Jason Callen
Butler Snow LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

Gary A. Orseck
William J. Trunk
Jack A. Herman
Robbins, Russell, Englert, Orseck, Untereiner
& Sauber LLP
1801 K Street, N.W.,
Suite 411L
Washington, DC 20006

Jessica P. Corley
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3520

this the 16th day of March, 2018.

                  s/ John R. Jacobson