**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ZWICK PARTNERS, LP and APARNA RAO,** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **NO. 3:16-cv-2475** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **QUORUM HEALTH CORP., COMMUNITY HEALTH SYSTEMS, INC., et al.,** | ) | |
| **Defendants** | ) | |

# ORDER

The Motions to Dismiss the Second Amended Complaint of Defendants Community Health Systems, Inc., Wayne T. Smith and W. Larry Cash (Doc. No. 113) and of Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta (Doc. No. 116) are **DENIED** for the reasons stated in the accompanying Memorandum Opinion. The Defendants' Joint Motion for Oral Argument (Doc. No. 130) is **DENIED**.

This case is **REFERRED** to the Magistrate Judge for further case management.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE