# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:16-cv-02475 ) |
| v. | ) CLASS ACTION ) |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH; THOMAS D. MILLER, and MICHAEL J. CULOTTA, | ) Judge Waverly D. Crenshaw, Jr. ) Magistrate Judge Joe B. Brown ) ) ) ) |
| Defendants. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF BRANDON R. KEEL

The undersigned respectfully moves this Court for the admission *pro hac vice* of Brandon R. Keel, an attorney with the law firm of King & Spalding, LLP, as additional co-counsel to represent Defendants Quorum Health Corporation, Thomas D. Miller and Michael J. Culotta in this case. Mr. Keel is a member of the Georgia and Illinois bars and maintains an office at 1180 Peachtree Street, N.E., Atlanta, Georgia 30309.

A Certificate of Good Standing is attached as **Exhibit A**. An Affidavit in support of the motion is attached as **Exhibit B**. Mr. Keel requests that he be served with all notices and papers relating to these cases.

WHEREFORE, the undersigned respectfully admitting Brandon R. Keel to practice *pro hac vice* before this Court in this case.

Dated May 16, 2018.             Respectfully submitted,

                                NELSON MULLINS RILEY
                                & SCARBOROUGH LLP

                                /s/ James A. Haltom
                                **JAMES A. HALTOM** (BPRN 028495)
                                **JOHN T. BAXTER** (BPRN 035405)
                                150 Fourth Avenue, North, Suite 1100
                                Nashville, TN 37219-2415
                                615.664.5339
                                james.haltom@nelsonmullins.com
                                john.baxter@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of May, 2018, the foregoing was filed electronically and served upon all registered users of the Electronic Case Filing System, including:

| | |
|---|---|
| Corey D. Holzer | John R. Jacobson |
| Marshall Dees | Milton S. McGee, III |
| Holzer, Holzer & Fistel, LLC | Riley, Warnock & Jacobson |
| 200 Ashford Center North, Suite 300 | 1906 West End Avenue |
| Atlanta, GA 30338 | Nashville, TN 37203 |
| (770) 392-0090 | (615) 320-3700 |
| cholzer@holzerlaw.com | jjacobson@rwjplc.com |
| mdees@holzerlaw.com | tmcgee@rwjplc.com |
| | |
| James A. Holifield, Jr. | Patrick V. Dahlstrom |
| Holifield Janich Rachal & Associates, PLLC | Pomerantz LLP |
| 11907 Kingston Pike, Suite 201 | 10 S. LaSalle Street, Suite 3505 |
| Knoxville, TN 37934 | Chicago, IL 60603 |
| (865) 566-0115 | (312) 377-1181 |
| aholifield@holifieldlaw.com | pdahlstrom@pomlaw.com |
| | |
| Paul Kent Bramlett | Jessica Perry Corley |
| Robert P. Bramlett | Lisa R. Bugni |
| Bramlett Law Offices | King & Spalding LLP |
| P.O. Box 150734 | 1180 Peachtree Street NE |
| Nashville, TN 37215 | Atlanta, GA 30309-3521 |
| (615) 254-4116 | (404) 572-4717 |
| pknashlaw@aol.com | jpcorley@kslaw.com |
| robert@bramlettlawoffices.com | lbugni@kslaw.com |

| | |
|---|---|
| Gary A. Orseck<br>Jack A. Herman<br>William J. Trunk<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>1801 K Street, NW, Suite 411L<br>Washington, DC  20006<br>(202) 775-4504<br>gorseck@robbinsrussell.com<br>jherman@robbinsrussell.com<br>wtrunk@robbinsrussell.com | Jason W. Callen<br>John C. Hayworth<br>Robert Jackson Walker<br>Butler Snow LLP<br>The Pinnacle at Symphony Place<br>150 Third Avenue South, Suite 1600<br>Nashville, TN  37201<br>(615) 651-6700<br>Jason.Callen@butlersnow.com<br>John.Hayworth@butlersnow.com<br>Bob.Walker@butlersnow.com |
| Melissa Joy Gworek<br>Susan Elaine Hurd<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, GA  30309-3424<br>(404) 881-4471<br>Mel.Gworek@alston.com<br>Susan.Hurd@alston.com | J. Alexander Hood, II<br>Jeremy A. Lieberman<br>Marc C. Gorrie<br>Michael J. Wernke<br>Pomerantz, LLP<br>600 Third Avenue, 20th Floor<br>New York, NY  10016<br>(212) 661-1100<br>ahood@pomlaw.com<br>jalieberman@pomlaw.com<br>mgorrie@pomlaw.com<br>mjwernke@pomlaw.com |
| Wade B. Cowan<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road, Suite 300<br>Nashville, TN  37205<br>(615) 256-8125<br>wcowan@dhhrplc.com | Al Holifield<br>aholifield@hapc-law.com |

Dated May 16, 2018.  /s/ James A. Haltom
JAMES A. HALTOM