# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 3:16-cv-02475 |
| Plaintiffs, | Class Action |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA, | Magistrate Judge Joe B. Brown |
| Defendants. | |

## MOTION TO ADMIT WENDY LIU *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash (collectively, the "CHSI Defendants") respectfully move the Court to enter an order permitting Wendy Liu, of the firm ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP, 1801 K Street Northwest, Suite 411L, Washington, DC 20006, (202) 775-4500, wliu@robbinsrussell.com, to appear *pro hac vice* and practice in this action. As evidenced by the Certificate of Good Standing filed with this Motion, Ms. Liu is a member in good standing of the United States District Court for the Southern District of New York.

Respectfully submitted,

/s/ Jason W. Callen
Robert J. Walker (BPR # 2498)
Jason W. Callen (BPR # 26225)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, Tennessee 37201
Phone: (615) 651-6700
Fax: (615) 651-6701
E-mail: bob.walker@butlersnow.com
E-mail: jason.callen@butlersnow.com

Gary A. Orseck
William J. Trunk
Jack A. Herman
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
E-Mail: gorseck@robbinsrussell.com
E-Mail: wtrunk@robbinsrussell.com

*Attorneys for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System this June 28, 2018:

| | |
|---|---|
| Paul Kent Bramlett<br>Robert P. Bramlett<br>Bramlett Law Offices<br>P.O. Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>pknashlaw@aol.com<br>robert@bramlettlawoffices.com | Jessica P. Corley<br>Lisa R. Bugni<br>Brandon R. Keel<br>King & Spalding LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309-3520<br>(404) 572-4717<br>jpcorley@kslaw.com<br>lbugni@kslaw.com |
| Wade B. Cowan<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road, Suite 300<br>Nashville, TN 37205<br>(615) 256-8125<br>wcowan@dhhrplc.com | Patrick V. Dahlstrom<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>pdahlstrom@pomlaw.com |
| Corey D. Holzer<br>Marshall Dees<br>Holzer, Holzer & Fistel, LLC<br>1200 Ashford Parkway, Suite 410<br>Atlanta, GA 30338<br>(770) 392-0090<br>cholzer@holzerlaw.com<br>mdees@holzerlaw.com | James A. Holifield, Jr.<br>Holifield Janich Rachal & Associates, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>(865) 566-0115<br>aholifield@holifieldlaw.com |

Gary A. Orseck
William J. Trunk
Jack A. Herman
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411L
Washington, DC 20006

                    /s/ Jason W. Callen

42992584.v1