UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA,<br><br>     *Defendants*. | Case No.: 3:16-cv-02475<br><br>Class Action<br><br>Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Joe B. Brown |

## **MOTION TO ADMIT LAUREN M. CASSADY PRO HAC VICE**

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash (collectively, the "CHSI Defendants") respectfully move the Court to enter an order permitting Lauren M. Cassady, of the firm ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP, 2000 K Street Northwest, 4th Floor, Washington, DC 20006, (202) 775-4500, lcassady@robbinsrussell.com, to appear *pro hac vice* and practice in this action. As evidenced by the Certificate of Good Standing filed with this Motion, Ms. Cassady is a member in good standing of the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Jason W. Callen
Robert J. Walker (BPR # 2498)
Jason W. Callen (BPR # 26225)
Lauren Patten (BPR # 27457)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, Tennessee  37201
Phone:  (615) 651-6700
Fax:  (615) 651-6701
E-mail:  bob.walker@butlersnow.com
E-mail:  jason.callen@butlersnow.com
E-mail:  lauren.patten@butlersnow.com

Gary A. Orseck
William J. Trunk
Jack A. Herman
Wendy Liu
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
E-Mail:  gorseck@robbinsrussell.com

*Attorneys for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash*

2

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System this 3 December 2018:

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
(615) 256-8125
wcowan@dhhrplc.com

Corey D. Holzer
Marshall Dees
Holzer, Holzer & Fistel, LLC
1200 Ashford Parkway, Suite 410
Atlanta, GA 30338
(770) 392-0090
cholzer@holzerlaw.com
mdees@holzerlaw.com

Jeremy A. Lieberman
Michael J. Wernke
J. Alexander Hood, II
Marc C. Gorrie
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com
mjwernke@pomlaw.com

Jessica Perry Corley
Lisa R. Bugni
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3520
(404) 572-4717
jpcorley@kslaw.com
lbugni@kslaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

James A. Haltom
John T. Baxter
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
(615) 664-5339
James.haltom@nelsonmullins.com
John.baxter@nelsonmullins.com

Gary A. Orseck
William J. Trunk
Jack A. Herman
Wendy Liu
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
(202) 775-4500
gorseck@robbinsrussell.com

/s/ Jason W. Callen