UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | NO. 3:16-cv-02475 |
| v. ) ) | CHIEF JUDGE CRENSHAW |
| QUORUM HEALTH CORP., et al., ) ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are three separate motions. The first motion is Zwick Partners, LP ("Zwick") and Aparna Rao's (collectively "Plaintiffs") Motion for Class Certification. (Doc. No. 161.). Also pending before the Court is Quorum, Thomas D. Miller, and Michael J. Culotta's (collectively "Quorum Defendants") Partial Motion to Dismiss Plaintiffs' Third Amended Complaint. (Doc. No. 174.) Finally, CHSI, Wayne T. Smith, and W. Larry Cash (collectively "CHSI Defendants") have a filed a separate Partial Motion to Dismiss the Third Amended Complaint. (Doc. No. 176.)

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion for Class Certification (Doc. No. 161) is **GRANTED IN PART**. The Class will be defined as set forth in the Memorandum Opinion. Zwick **SHALL** serve as Class Representative and Pomerantz LLP **SHALL** serve as Class Counsel. The Quorum Defendants Partial Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. No. 174) and CHSI Defendants' Partial Motion to Dismiss the Third Amended Complaint (Doc. No. 176) are **GRANTED**.

The case is hereby **RETURNED** to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE