UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA,<br><br>     *Defendants*. | Case No.: 3:16-cv-02475<br><br>Class Action<br><br>Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

## JOINT REPORT REGARDING MEDIATION

The parties file this joint report to advise the Court that pursuant to the Court's April 2, 2020 Order, Dkt. 293, they conducted a mediation on April 30, 2020, before the Honorable Gary A. Feess (Ret.) from Phillips ADR. Although the parties conferred in good faith over the course of several hours, the mediation was unsuccessful. The parties have agreed to remain in touch with Judge Feess and one another, and will further advise the Court of any material developments.

Dated: May 1, 2019

Respectfully submitted,

/s/ Gary A. Orseck
Gary A. Orseck (*pro hac vice*)
William J. Trunk (*pro hac vice*)
Jack A. Herman (*pro hac vice*)
Wendy Liu (*pro hac vice*)
Lauren M. Cassady (*pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
gorseck@robbinsrussell.com

Robert J. Walker (BPR No. 2498)
Jason W. Callen (BPR No. 26225)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Bob.walker@butlersnow.com
Jason.callen@butlersnow.com

*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash*

/s/ Lisa R. Bugni
Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
KING & SPALDING LLP
One Atlantic Center
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com

John T. Baxter (BPR No. 28495)
Woods Drinkwater (BPR No. 33838)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, Tennessee 37219
Telephone: (615) 664-5339
Facsimile: (615) 664-5399
woods.drinkwater@nelsonmullins.com

*Counsel for Defendants Thomas D. Miller and Michael J. Culotta*

2

Case 3:16-cv-02475   Document 317   Filed 05/01/20   Page 2 of 4 PageID #: 19148

/s/ Michael J. Wernke
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Marc C. Gorrie (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212.661.1100
Facsimile: 212.661.8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom (*pro hac vice*)
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: 312.377.1181
Facsimile: 312.377.1184
pdahlstrom@pomlaw.com

*Lead Counsel for Plaintiffs*


Paul K. Bramlett (BPR No. 7387)
Robert P. Bramlett (BPR No. 25895)
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
pknashlaw@aol.com
Robert@BramlettLawOffices.com

*Plaintiffs' Liaison Counsel*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all registered users of the Electronic Case Filing System, including:

Paul K. Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
(615) 256-8125
wcowan@dhhrplc.com

Corey D. Holzer
Marshall Dees
Holzer & Holzer, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
(770) 392-0090
mdees@holzerlaw.com
cholzer@holzerlaw.com

Jeremy A. Lieberman
Michael J. Wernke
J. Alexander Hood II
Marc C. Gorrie
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jessica Perry Corley
Lisa R. Bugni
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4717
jpcorley@kslaw.com
lbugni@kslaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

John T. Baxter
Woods Drinkwater
Nelson Mullins Reley & Scarborough LLP
150 Fourth Avenue, N, Suite 1100
Nashville, TN 37219
(615) 664-5323
(615) 664-5399
John.baxter@nelsonmullins.com
woods.drinkwater@nelsonmullins.com

Robert J. Walker (BPR No. 2498)
Jason W. Callen (BPR No. 26225)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Bob.walker@butlersnow.com
Jason.callen@butlersnow.com

this 1st day of May, 2020

/s/ Gary A. Orseck