UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA,<br><br>*Defendants*. | Case No.: 3:16-cv-02475<br><br>Class Action<br><br>Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

## MOTION FOR RELIEF FROM ORDER REQUIRING FILING IN BANKRUPTCY COURT[1]

Defendants Thomas D. Miller and Michael J. Culotta ("Defendants"), by and through their undersigned counsel, hereby move for relief from the last paragraph of the Court's Order dated May 28, 2020 (Dkt No. 323) (the "Order"), which requires the parties to make a filing in the United States Bankruptcy Court for the District of Delaware overseeing Quorum Health Corporation's ("Quorum") Chapter 11 bankruptcy (Case No. 20-10766) (the "Bankruptcy Proceeding").

As counsel for Defendants noted at the May 29, 2020, Status Conference, counsel had been unable at the time to speak with Quorum's bankruptcy counsel prior to the Status Conference, and, thus, could not identify any potential issues with compliance with the Order. Counsel has now spoken to bankruptcy counsel and understands the filing of any orders from this action in the

---

[1] Defendants have conferred with counsel on this motion. Plaintiffs take no position on the relief requested. CHSI Defendants likewise take no position on the relief requested and have agreed to hold off on complying as long as possible without violating the Order.

Bankruptcy Proceeding will be problematic and could result in significant costs to the chapter 11 debtors' estates. In particular, there are thousands of numerous unrepresented vendors, employees, and other creditors who receive notice of all filings in the Bankruptcy Proceeding. Anytime a document is filed and it is not clear how that document impacts the unrepresented parties or the Bankruptcy Proceeding, Quorum's bankruptcy counsel receives an influx of calls and correspondence from the unrepresented parties asking about the filing. Bankruptcy counsel is preparing for the scheduled confirmation hearing on June 16, 2020 in the Bankruptcy Proceeding and an influx of calls will disrupt those preparations. Bankruptcy counsel expects the requested filing will result in a number of calls because it is not clear how the Court's two orders in this case as to the non-debtor defendants before this Court at all impact the Bankruptcy Proceeding, especially since the automatic stay remains in place for all chapter 11 debtors in that Bankruptcy Proceeding.

In addition to the potential for confusion and distraction, bankruptcy counsel also noted that there is no clear procedure for making such a filing in the Bankruptcy Proceeding. And, with respect to Defendants specifically, they do not have counsel in the Bankruptcy Proceeding and would need to retain counsel in Delaware to make such a filing.

Finally, Defendants note that they will not be seeking a stay of this action as to the non-debtor defendants in the Bankruptcy Proceeding.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and relieve all of the parties of the obligation to make the requested filing in the Bankruptcy Proceeding.

Dated: May 29, 2020

*/s/ Woods Drinkwater*
Woods Drinkwater (BPR No. 33838)

John T. Baxter (BPR No. 035405)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, Tennessee 37219
Telephone: (615) 664-5339
Facsimile: (615) 664-5399
woods.drinkwater@nelsonmullins.com

Jessica P. Corley (pro hac vice)
Lisa R. Bugni (pro hac vice)
Brandon R. Keel (pro hac vice)
KING & SPALDING LLP
One Atlantic Center
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com

*Counsel for Defendants Thomas D. Miller and Michael J. Culotta*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May, 2020, a true and correct copy of the foregoing has been served upon all registered users of the Electronic Case Filing System, including:

Paul K. Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215

Gary A. Orseck
William J. Trunk
Jack A. Herman
Wendy Liu
Lauren M. Cassady
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006

Jeremy A. Lieberman
Michael J. Wernke
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603

Robert J. Walker
Jason W. Callen
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

/s/ *Woods Drinkwater*