UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) No. 3:16-cv-02475 |
| v. | ) |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER and MICHAEL J. CULOTTA, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER

The Court previously gave the parties a June 1, 2020 deadline to file a joint notice to the United States Bankruptcy Court for the District of Delaware overseeing Quorum Health Corporation's ("Quorum") Chapter 11 bankruptcy, notifying the Bankruptcy Court of some filings in this case. (Doc. No. 323 at 5.) In response, Thomas D. Miller and Michael J. Culotta filed the instant Motion for Relief from Order Requiring Filing in Bankruptcy Court. (Doc. No. 326.)

Given the upcoming trial and allegations in this case, the Court finds that the Bankruptcy Court should at least be given notice of the status of this case and the opportunity, if it so desires, to consider whether this case may proceed without adversely affecting Quorum's bankruptcy case. See In re Richard B. Vance & Co., 289 B.R. 692, 698 (C.D. Ill. 2003). The Bankruptcy Court's interest in knowing about this case outweighs the concerns expressed in Miller and Culotta's motion. Accordingly, the Motion for Relief from Order Requiring Filing in Bankruptcy Court (Doc. No. 326) is **DENIED**.

In addition to the documents listed in the Court's May 28, 2020 Order (see Doc. No. 323 at 5), the parties shall include this Order in their joint notice to the Bankruptcy Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE