# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, Individually and On Behalf of All Others Similarly Situated, | No. 3:16-cv-02475 |
| Plaintiff, | Class Action |
| v. | |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA, | Honorable Waverly D. Crenshaw Jr. Magistrate Judge Alistair E. Newbern |
| Defendants. | |

## CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Class Representatives Zwick Partners, LP ("Plaintiff"), individually and on behalf of all Class Members, hereby moves this Court for an order: (i) granting preliminary approval of the proposed Settlement; (ii) approving the proposed notice program with respect to the Class, including the mailed Notice, the publication of the Summary Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; (iii) setting a date for a Settlement Fairness Hearing; and (iv) setting deadlines for the mailing of the Notice and publication of the Summary Notice, for Class Member objections and Class Member opt-out notices, for the filing of Plaintiff's motion for Final Approval of the Settlement, and for the filing of Class Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory award to Plaintiff.

This motion is based upon the accompanying Memorandum of Law and Stipulation of Settlement, with its Exhibits, which are filed contemporaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

Defendants do not oppose the relief sought by this motion.

Dated: July 21, 2020

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
  mjwernke@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Class Counsel and Attorneys for Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett TN #7387/MS #4291
Robert Preston Bramlett TN #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
Email: PKNASHLAW@aol.com
  Robert@BramlettLawOffices.com

*Liaison Counsel*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      This is to certify that on the 21st day of July 2020, I served true and correct copies of CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, by posting the document electronically to the ECF website of the United States District for the Middle District of Tennessee, for receipt electronically by the parties listed on the Court's Service list, as listed below.

SO CERTIFIED this 21st day of JULY, 2020.

                                    s/*Michael J. Wernke*
                                    **Michael J. Wernke**

| | | |
|---|---|---|
| **John Thompson Baxter**<br>Nelson Mullins Riley & Scarborough LLP<br>(Nashville Office)<br>150 Fourth Avenue, N<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5323<br>(615) 664-5399 (fax)<br>john.baxter@nelsonmullins.com<br> Assigned: 03/22/2018<br>  ATTORNEY TO BE NOTICED | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |
| **Paul Kent Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax) | representing | **Zwick Partners LP**<br>*(Plaintiff)* |

pknashlaw@aol.com
 *Assigned: 09/09/2016*
 *ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Aparna Rao**<br>*(Plaintiff)* |
| **Robert P. Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax)<br>robert@bramlettlawoffices.com<br> *Assigned: 09/09/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Lisa R. Bugni**<br>King & Spalding LLP (Atlanta Office)<br>1180 Peachtree Street NE<br>Atlanta, GA 30309-3521<br>(404) 572-4677<br>lbugni@kslaw.com<br> *Assigned: 03/19/2018*<br> *ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **Jason W. Callen**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201 | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

(615) 651-6700
(615) 651-6701 (fax)
Jason.Callen@butlersnow.com
*Assigned: 02/16/2018*
*ATTORNEY TO BE NOTICED*

**W. Larry Cash**
*(Defendant)*

**Wayne T. Smith**
*(Defendant)*

**Lauren M. Cassady**
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, NW
4th Floor
Washington, DC 20006
(202) 775-4500
lcassady@robbinsrussell.com
*Assigned: 12/04/2018*
*ATTORNEY TO BE NOTICED*

representing

**Community Health Systems, Inc.**
*(Defendant)*

**W. Larry Cash**
*(Defendant)*

**Wayne T. Smith**
*(Defendant)*

**Jessica Perry Corley**
King & Spalding LLP (Atlanta Office)
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309-3521
(404) 572-4717
jpcorley@kslaw.com
*Assigned: 11/08/2016*
*ATTORNEY TO BE NOTICED*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**

|  |  |  |
|---|---|---|
|  |  | *(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **Wade B. Cowan**<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road<br>Suite 300<br>Nashville, TN 37205<br>(615) 256-8125<br>(615) 242-7853 (fax)<br>wcowan@dhhrplc.com<br>  *Assigned: 11/08/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Mitch Mongell**<br>*(Movant)* |
| **Patrick V. Dahlstrom**<br>Pomerantz LLP (Chicago Office)<br>10 S LaSalle Street<br>Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>(312) 377-1184 (fax)<br>pdahlstrom@pomlaw.com<br>  *Assigned: 09/09/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Marshall Dees**<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway<br>Suite 410<br>Atlanta, GA 30338<br>(770) 392-0090<br>(770) 392-0029 (fax)<br>mdees@holzerlaw.com<br>  *Assigned: 09/09/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **William W. Drinkwater**<br>Nelson Mullins Riley & Scarborough LLP<br>(Nashville Office) | representing | **Quorum Health Corporation**<br>*(Defendant)* |

150 Fourth Avenue, N
Suite 1100
Nashville, TN 37219
(615) 664-5307
(615) 664-5399 (fax)
woods.drinkwater@nelsonmullins.com
  *Assigned: 08/27/2019*
  ATTORNEY TO BE NOTICED

|  |  |  |
|---|---|---|
|  |  | **Michael J. Culotta** *(Defendant)* |
|  |  | **Thomas D. Miller** *(Defendant)* |
| **Michael I. Fistel, Jr.** Johnson Fistel, LLP (Georgia Office) 40 Powder Springs Street Marietta, GA 30064 (770) 200-3104 (770) 200-3101 (fax) michaelf@johnsonfistel.com   *Assigned: 11/21/2016*   TERMINATED: 03/03/2017 | representing | **Manzoor Bevinal** TERMINATED: 03/06/2017 *(Plaintiff)* |
| **Marc C. Gorrie** mgorrie@pomlaw.com   *Assigned: 09/09/2016*   ATTORNEY TO BE NOTICED | representing | **Aparna Rao** *(Plaintiff)* |
| **Melissa Joy Gworek** Alston & Bird LLP (Atlanta Office) One Atlantic Center 1201 W Peachtree Street Suite 4900 Atlanta, GA 30309-3424 (404) 881-4471 (404) 881-7777 (fax) Mel.Gworek@alston.com   *Assigned: 11/22/2016*   TERMINATED: 03/21/2018 | representing | **Quorum Health Corporation** *(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **James Auman Haltom**<br>Nelson, Mullins, Riley & Scarborough, LLP<br>(Nashville Office)<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5339<br>(615) 664-5399 (fax)<br>James.haltom@tn.gov<br> *Assigned: 03/22/2018*<br> *TERMINATED: 08/28/2019* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
| **John C. Hayworth**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>John.Hayworth@butlersnow.com<br> *Assigned: 05/05/2017*<br> *TERMINATED: 03/09/2018* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Jack A. Herman**<br>Robbins, Russell, Englert, Orseck, Untereiner<br>& Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>jherman@robbinsrussell.com<br> *Assigned: 05/09/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Al Holifield**<br>aholifield@hapc-law.com<br> *Assigned: 11/21/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Cornelius Koh Beng Yan**<br>*(Movant)* |
| **James A. Holifield, Jr.**<br>Holifield Janich Rachal & Associates, PLLC<br>11907 Kingston Pike<br>Suite 201<br>Knoxville, TN 37934<br>(865) 566-0115<br>(865) 566-0119 (fax)<br>aholifield@holifieldlaw.com<br> *Assigned: 11/08/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Corey D. Holzer**<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway | representing | **Aparna Rao**<br>*(Plaintiff)* |

Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

representing

**Aparna Rao**
*(Plaintiff)*

**Susan Elaine Hurd**
Susan.Hurd@alston.com
*Assigned: 11/08/2016*
*TERMINATED: 03/21/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**
*(Defendant)*

**Thomas D. Miller**
*(Defendant)*

**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
*Assigned: 10/06/2016*
*TERMINATED: 04/02/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**

|  |  | **Thomas D. Miller**<br>*(Defendant)* |
|---|---|---|
| **Frank J. Johnson**<br>Johnson Fistel, LLP (San Diego, CA Office)<br>655 West Broadway<br>Suite 1400<br>San Diego, CA 92101<br>(619) 230-0063<br>(619) 255-1856 (fax)<br>frankj@johnsonfistel.com<br> *Assigned: 11/22/2016*<br> *TERMINATED: 03/03/2017* | representing | **Manzoor Bevinal**<br>TERMINATED:<br>03/06/2017<br>*(Plaintiff)* |
| **Brandon R. Keel**<br>King & Spalding LLP (Atlanta Office)<br>1180 Peachtree Street NE<br>Suite 1600<br>Atlanta, GA 30309-3521<br>(404) 527-2780<br>bkeel@kslaw.com<br> *Assigned: 05/18/2018*<br> ATTORNEY TO BE NOTICED | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| **Jeremy A. Lieberman**<br>Pomerantz LLP (NY Office)<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>(212) 661-8665 (fax)<br>jalieberman@pomlaw.com<br> *Assigned: 09/09/2016*<br> ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Wendy Liu**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

4th Floor
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (fax)
wliu@robbinsrussell.com
*Assigned: 06/29/2018*
*ATTORNEY TO BE NOTICED*

**W. Larry Cash**
*(Defendant)*

**Wayne T. Smith**
*(Defendant)*

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
jmartin@barrettjohnston.com
*Assigned: 11/08/2016*
*TERMINATED: 03/07/2017*

representing

**IBEW 673 Pension Plan**
*TERMINATED: 03/07/2017*
*(Movant)*

**Milton S. McGee, III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
tmcgee@rwjplc.com
*Assigned: 10/06/2016*
*TERMINATED: 04/02/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**
*(Defendant)*

**Thomas D. Miller**
*(Defendant)*

| | | |
|---|---|---|
| **Danielle S. Myers**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>danim@rgrdlaw.com<br> *Assigned: 12/20/2016*<br> *TERMINATED: 03/07/2017* | representing | **IBEW 673 Pension Plan**<br>*TERMINATED: 03/07/2017*<br>*(Movant)* |
| **Gary A. Orseck**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4504<br>(202) 775-4510 (fax)<br>gorseck@robbinsrussell.com<br> *Assigned: 05/09/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| | | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Lauren Patten**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>Lauren.Patten@butlersnow.com<br>  Assigned: 12/11/2018<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| **Darren J. Robbins**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>darrenr@rgrdlaw.com<br>  Assigned: 12/05/2016<br>  TERMINATED: 03/07/2017 | representing | **IBEW 673 Pension Plan**<br>*TERMINATED: 03/07/2017*<br>*(Movant)* |
| **William J. Trunk**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>wtrunk@robbinsrussell.com<br>  Assigned: 05/09/2017<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Robert Jackson Walker**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>Bob.Walker@butlersnow.com<br> *Assigned: 05/05/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Michael J. Wernke**<br>Pomerantz LLP (NY Office)<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>mjwernke@pomlaw.com<br> *Assigned: 02/28/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
|  |  | **Zwick Partners LP**<br>*(Plaintiff)* |