UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA,<br><br>Defendants. | No. 3:16-cv-02475<br><br>Class Action<br><br>Honorable Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

NOTICE OF MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated November 9, 2020, the accompanying Declaration of Michael J. Wernke, dated November 9, 2020, the exhibits annexed thereto, all prior papers and proceedings herein, and such additional evidence or argument as may be presented at or before the hearing, Class Representative Zwick Partners, LP ("Plaintiff"), individually and on behalf of all Class Members, by and through its undersigned counsel, will respectfully move this Court, before the Honorable Waverly D. Crenshaw Jr. United States District Judge for the Middle District of Tennessee, on November 30, 2020 at 9:30 a.m., in Courtroom A859 at the Estes Kefauver Federal Building & Courthouse, 801 Broadway, Nashville, TN 37203, for entry of an Order (1)

approving the terms and conditions of the proposed Stipulation and Agreement of Settlement, dated July 16, 2020, as fair, reasonable, and adequate for settlement of all claims asserted by the Class against Defendants; (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Class Members, and (3) entering Final Judgment dismissing this Action with prejudice.

Dated: November 9, 2020                             Respectfully submitted,

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          mjwernke@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Class Counsel and Attorneys for Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett TN #7387/MS #4291
Robert Preston Bramlett TN #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
Email: PKNASHLAW@aol.com
         Robert@BramlettLawOffices.com

2

Case 3:16-cv-02475   Document 347   Filed 11/09/20   Page 2 of 16 PageID #: 20078

*Liaison Counsel*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

This is to certify that on the 9th day of October 2020, I served true and correct copies of NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, by posting the document electronically to the ECF website of the United States District for the Middle District of Tennessee, for receipt electronically by the parties listed on the Court's Service list, as listed below.

SO CERTIFIED this 9th day of OCTOBER, 2020.

                                s/*Michael J. Wernke*
                                **Michael J. Wernke**

| | | |
|---|---|---|
| **John Thompson Baxter**<br>Nelson Mullins Riley & Scarborough LLP<br>(Nashville Office)<br>150 Fourth Avenue, N<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5323<br>(615) 664-5399 (fax)<br>john.baxter@nelsonmullins.com<br>  *Assigned: 03/22/2018*<br>  *ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |
| **Paul Kent Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax) | representing | **Zwick Partners LP**<br>*(Plaintiff)* |

pknashlaw@aol.com
 *Assigned: 09/09/2016*
 *ATTORNEY TO BE NOTICED*

          **Aparna Rao**
          *(Plaintiff)*

| | | |
|---|---|---|
| **Robert P. Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax)<br>robert@bramlettlawoffices.com<br> *Assigned: 09/09/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Lisa R. Bugni**<br>King & Spalding LLP (Atlanta Office)<br>1180 Peachtree Street NE<br>Atlanta, GA 30309-3521<br>(404) 572-4677<br>lbugni@kslaw.com<br> *Assigned: 03/19/2018*<br> *ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation**<br>*(Defendant)* |

          **Michael J. Culotta**
          *(Defendant)*

          **Thomas D. Miller**
          *(Defendant)*

| | | |
|---|---|---|
| **Jason W. Callen**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201 | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

(615) 651-6700
(615) 651-6701 (fax)
Jason.Callen@butlersnow.com
  *Assigned: 02/16/2018*
  *ATTORNEY TO BE NOTICED*

        **W. Larry Cash**
        *(Defendant)*

        **Wayne T. Smith**
        *(Defendant)*

**Lauren M. Cassady**
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, NW
4th Floor
Washington, DC 20006
(202) 775-4500
lcassady@robbinsrussell.com
  *Assigned: 12/04/2018*
  *ATTORNEY TO BE NOTICED*

representing

**Community Health Systems, Inc.**
*(Defendant)*

        **W. Larry Cash**
        *(Defendant)*

        **Wayne T. Smith**
        *(Defendant)*

**Jessica Perry Corley**
King & Spalding LLP (Atlanta Office)
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309-3521
(404) 572-4717
jpcorley@kslaw.com
  *Assigned: 11/08/2016*
  *ATTORNEY TO BE NOTICED*

representing

**Quorum Health Corporation**
*(Defendant)*

        **Michael J. Culotta**

|  |  |  |
|---|---|---|
|  |  | *(Defendant)* |
|  |  | **Thomas D. Miller** <br> *(Defendant)* |
| **Wade B. Cowan** <br> Davies, Humphreys, Horton & Reese, PLC <br> 85 White Bridge Road <br> Suite 300 <br> Nashville, TN 37205 <br> (615) 256-8125 <br> (615) 242-7853 (fax) <br> wcowan@dhhrplc.com <br>  *Assigned: 11/08/2016* <br>  *ATTORNEY TO BE NOTICED* | representing | **Mitch Mongell** <br> *(Movant)* |
| **Patrick V. Dahlstrom** <br> Pomerantz LLP (Chicago Office) <br> 10 S LaSalle Street <br> Suite 3505 <br> Chicago, IL 60603 <br> (312) 377-1181 <br> (312) 377-1184 (fax) <br> pdahlstrom@pomlaw.com <br>  *Assigned: 09/09/2016* <br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao** <br> *(Plaintiff)* |
| **Marshall Dees** <br> Holzer & Holzer, LLC <br> 1200 Ashwood Parkway <br> Suite 410 <br> Atlanta, GA 30338 <br> (770) 392-0090 <br> (770) 392-0029 (fax) <br> mdees@holzerlaw.com <br>  *Assigned: 09/09/2016* <br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao** <br> *(Plaintiff)* |
| **William W. Drinkwater** <br> Nelson Mullins Riley & Scarborough LLP <br> (Nashville Office) | representing | **Quorum Health Corporation** <br> *(Defendant)* |

150 Fourth Avenue, N
Suite 1100
Nashville, TN 37219
(615) 664-5307
(615) 664-5399 (fax)
woods.drinkwater@nelsonmullins.com
 *Assigned: 08/27/2019*
 *ATTORNEY TO BE NOTICED*

**Michael J. Culotta**
*(Defendant)*

**Thomas D. Miller**
*(Defendant)*

| | | |
|---|---|---|
| **Michael I. Fistel, Jr.**<br>Johnson Fistel, LLP (Georgia Office)<br>40 Powder Springs Street<br>Marietta, GA 30064<br>(770) 200-3104<br>(770) 200-3101 (fax)<br>michaelf@johnsonfistel.com<br> *Assigned: 11/21/2016*<br> *TERMINATED: 03/03/2017* | representing | **Manzoor Bevinal**<br>TERMINATED:<br>03/06/2017<br>*(Plaintiff)* |
| **Marc C. Gorrie**<br>mgorrie@pomlaw.com<br> *Assigned: 09/09/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Melissa Joy Gworek**<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center<br>1201 W Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309-3424<br>(404) 881-4471<br>(404) 881-7777 (fax)<br>Mel.Gworek@alston.com<br> *Assigned: 11/22/2016*<br> *TERMINATED: 03/21/2018* | representing | **Quorum Health Corporation**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **James Auman Haltom**<br>Nelson, Mullins, Riley & Scarborough, LLP<br>(Nashville Office)<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5339<br>(615) 664-5399 (fax)<br>James.haltom@tn.gov<br> *Assigned: 03/22/2018*<br> *TERMINATED: 08/28/2019* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
| **John C. Hayworth**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>John.Hayworth@butlersnow.com<br> *Assigned: 05/05/2017*<br> *TERMINATED: 03/09/2018* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Jack A. Herman**<br>Robbins, Russell, Englert, Orseck, Untereiner<br>& Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>jherman@robbinsrussell.com<br> *Assigned: 05/09/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Al Holifield**<br>aholifield@hapc-law.com<br> *Assigned: 11/21/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Cornelius Koh Beng Yan**<br>*(Movant)* |
| **James A. Holifield, Jr.**<br>Holifield Janich Rachal & Associates, PLLC<br>11907 Kingston Pike<br>Suite 201<br>Knoxville, TN 37934<br>(865) 566-0115<br>(865) 566-0119 (fax)<br>aholifield@holifieldlaw.com<br> *Assigned: 11/08/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Corey D. Holzer**<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway | representing | **Aparna Rao**<br>*(Plaintiff)* |

Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

representing

**Aparna Rao**
*(Plaintiff)*

**Susan Elaine Hurd**
Susan.Hurd@alston.com
*Assigned: 11/08/2016*
*TERMINATED: 03/21/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**
*(Defendant)*

**Thomas D. Miller**
*(Defendant)*

**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
*Assigned: 10/06/2016*
*TERMINATED: 04/02/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**

|  |  |  |
|---|---|---|
|  |  | *(Defendant)* |
|  |  | **Thomas D. Miller** <br> *(Defendant)* |
| **Frank J. Johnson** <br> Johnson Fistel, LLP (San Diego, CA Office) <br> 655 West Broadway <br> Suite 1400 <br> San Diego, CA 92101 <br> (619) 230-0063 <br> (619) 255-1856 (fax) <br> frankj@johnsonfistel.com <br>  *Assigned: 11/22/2016* <br>  *TERMINATED: 03/03/2017* | representing | **Manzoor Bevinal** <br> TERMINATED: <br> 03/06/2017 <br> *(Plaintiff)* |
| **Brandon R. Keel** <br> King & Spalding LLP (Atlanta Office) <br> 1180 Peachtree Street NE <br> Suite 1600 <br> Atlanta, GA 30309-3521 <br> (404) 527-2780 <br> bkeel@kslaw.com <br>  *Assigned: 05/18/2018* <br>  *ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation** <br> *(Defendant)* |
| **Jeremy A. Lieberman** <br> Pomerantz LLP (NY Office) <br> 600 Third Avenue <br> 20th Floor <br> New York, NY 10016 <br> (212) 661-1100 <br> (212) 661-8665 (fax) <br> jalieberman@pomlaw.com <br>  *Assigned: 09/09/2016* <br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao** <br> *(Plaintiff)* |
| **Wendy Liu** <br> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP <br> 2000 K Street, NW | representing | **Community Health Systems, Inc.** <br> *(Defendant)* |

4th Floor
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (fax)
wliu@robbinsrussell.com
*Assigned: 06/29/2018*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **W. Larry Cash** <br> *(Defendant)* |
|  |  | **Wayne T. Smith** <br> *(Defendant)* |
| **Jerry E. Martin** <br> Barrett Johnston Martin & Garrison, LLC <br> Philips Plaza <br> 414 Union Street <br> Suite 900 <br> Nashville, TN 37219 <br> (615) 244-2202 <br> (615) 252-3798 (fax) <br> jmartin@barrettjohnston.com <br> *Assigned: 11/08/2016* <br> *TERMINATED: 03/07/2017* | representing | **IBEW 673 Pension Plan** <br> *TERMINATED: 03/07/2017* <br> *(Movant)* |
| **Milton S. McGee, III** <br> Riley, Warnock & Jacobson <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> 615) 320-3700 <br> tmcgee@rwjplc.com <br> *Assigned: 10/06/2016* <br> *TERMINATED: 04/02/2018* | representing | **Quorum Health Corporation** <br> *(Defendant)* |
|  |  | **Michael J. Culotta** <br> *(Defendant)* |
|  |  | **Thomas D. Miller** <br> *(Defendant)* |

| | | |
|---|---|---|
| **Danielle S. Myers**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>danim@rgrdlaw.com<br>  Assigned: 12/20/2016<br>  TERMINATED: 03/07/2017 | representing | **IBEW 673 Pension Plan**<br>*TERMINATED: 03/07/2017*<br>*(Movant)* |
| **Gary A. Orseck**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4504<br>(202) 775-4510 (fax)<br>gorseck@robbinsrussell.com<br>  Assigned: 05/09/2017<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| | | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Lauren Patten**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>Lauren.Patten@butlersnow.com<br>  Assigned: 12/11/2018<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| **Darren J. Robbins**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>darrenr@rgrdlaw.com<br>  Assigned: 12/05/2016<br>  TERMINATED: 03/07/2017 | representing | **IBEW 673 Pension Plan**<br>*TERMINATED: 03/07/2017*<br>*(Movant)* |
| **William J. Trunk**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>wtrunk@robbinsrussell.com<br>  Assigned: 05/09/2017<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Robert Jackson Walker**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>Bob.Walker@butlersnow.com<br>  Assigned: 05/05/2017<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Michael J. Wernke**<br>Pomerantz LLP (NY Office)<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>mjwernke@pomlaw.com<br>  Assigned: 02/28/2017<br>  ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
|  |  | **Zwick Partners LP**<br>*(Plaintiff)* |