UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, Individually and On Behalf of All Others Similarly Situated, | No. 3:16-cv-02475 |
| Plaintiff, | Class Action |
| v. | |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA, | Honorable Waverly D. Crenshaw Jr. Magistrate Judge Alistair E. Newbern |
| Defendants. | |

**NOTICE OF MOTION FOR AN AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARD TO CLASS REPRESENTATIVE**

**PLEASE TAKE NOTICE** that on November 30, 2020 at 9:30 a.m., in Courtroom A859 at the Estes Kefauver Federal Building & Courthouse, 801 Broadway, Nashville, TN 37203, Class Representative Zwick Partners, LP ("Plaintiff") will and hereby do move the Court, the Honorable Waverly D. Crenshaw Jr, for an order awarding Class Counsel attorneys' fees in the amount of $5,400,000, plus interest, reimbursement of $1,898,839.09 in expenses, plus interest, and a compensatory award in the amounts of $35,000 to Plaintiff to be paid from the Settlement Fund. This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Declaration of Michael J. Wernke in support of the motion, the exhibits attached thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing.

Dated: November 9, 2020                                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          mjwernke@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Class Counsel and Attorneys for Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett TN #7387/MS #4291
Robert Preston Bramlett TN #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
Email: PKNASHLAW@aol.com
          Robert@BramlettLawOffices.com

*Liaison Counsel*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      This is to certify that on the 9th day of October 2020, I served true and correct copies of NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO CLASS REPRESENTATIVE, by posting the document electronically to the ECF website of the United States District for the Middle District of Tennessee, for receipt electronically by the parties listed on the Court's Service list, as listed below.

SO CERTIFIED this 9th day of OCTOBER, 2020.

                            s/*Michael J. Wernke*
                            **Michael J. Wernke**

| | | |
|---|---|---|
| **John Thompson Baxter**<br>Nelson Mullins Riley & Scarborough LLP<br>(Nashville Office)<br>150 Fourth Avenue, N<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5323<br>(615) 664-5399 (fax)<br>john.baxter@nelsonmullins.com<br> *Assigned: 03/22/2018*<br>  ATTORNEY TO BE NOTICED | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |
| **Paul Kent Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax) | representing | **Zwick Partners LP**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| pknashlaw@aol.com<br>*Assigned: 09/09/2016*<br>*ATTORNEY TO BE NOTICED* | | |
| | | **Aparna Rao**<br>*(Plaintiff)* |
| **Robert P. Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax)<br>robert@bramlettlawoffices.com<br>*Assigned: 09/09/2016*<br>*ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Lisa R. Bugni**<br>King & Spalding LLP (Atlanta Office)<br>1180 Peachtree Street NE<br>Atlanta, GA 30309-3521<br>(404) 572-4677<br>lbugni@kslaw.com<br>*Assigned: 03/19/2018*<br>*ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |
| **Jason W. Callen**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201 | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

(615) 651-6700
(615) 651-6701 (fax)
Jason.Callen@butlersnow.com
  *Assigned: 02/16/2018*
  *ATTORNEY TO BE NOTICED*

                              **W. Larry Cash**
                              *(Defendant)*

                              **Wayne T. Smith**
                              *(Defendant)*

**Lauren M. Cassady**
Robbins, Russell, Englert, Orseck, Untereiner
& Sauber LLP
2000 K Street, NW
4th Floor
Washington, DC 20006
(202) 775-4500                                representing    **Community Health Systems, Inc.**
lcassady@robbinsrussell.com                                  *(Defendant)*
  *Assigned: 12/04/2018*
  *ATTORNEY TO BE NOTICED*

                              **W. Larry Cash**
                              *(Defendant)*

                              **Wayne T. Smith**
                              *(Defendant)*

**Jessica Perry Corley**
King & Spalding LLP (Atlanta Office)
1180 Peachtree Street NE
Suite 1600                                                    **Quorum Health**
Atlanta, GA 30309-3521           representing                 **Corporation**
(404) 572-4717                                                *(Defendant)*
jpcorley@kslaw.com
  *Assigned: 11/08/2016*
  *ATTORNEY TO BE NOTICED*

                              **Michael J. Culotta**

|  |  | **Thomas D. Miller**<br>*(Defendant)* |
|---|---|---|
| **Wade B. Cowan**<br>Davies, Humphreys, Horton & Reese, PLC<br>85 White Bridge Road<br>Suite 300<br>Nashville, TN 37205<br>(615) 256-8125<br>(615) 242-7853 (fax)<br>wcowan@dhhrplc.com<br> *Assigned: 11/08/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Mitch Mongell**<br>*(Movant)* |
| **Patrick V. Dahlstrom**<br>Pomerantz LLP (Chicago Office)<br>10 S LaSalle Street<br>Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>(312) 377-1184 (fax)<br>pdahlstrom@pomlaw.com<br> *Assigned: 09/09/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Marshall Dees**<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway<br>Suite 410<br>Atlanta, GA 30338<br>(770) 392-0090<br>(770) 392-0029 (fax)<br>mdees@holzerlaw.com<br> *Assigned: 09/09/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **William W. Drinkwater**<br>Nelson Mullins Riley & Scarborough LLP<br>(Nashville Office) | representing | **Quorum Health Corporation**<br>*(Defendant)* |

150 Fourth Avenue, N
Suite 1100
Nashville, TN 37219
(615) 664-5307
(615) 664-5399 (fax)
woods.drinkwater@nelsonmullins.com
  *Assigned: 08/27/2019*
  ATTORNEY TO BE NOTICED

|  |  |  |
|---|---|---|
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **Michael I. Fistel, Jr.**<br>Johnson Fistel, LLP (Georgia Office)<br>40 Powder Springs Street<br>Marietta, GA 30064<br>(770) 200-3104<br>(770) 200-3101 (fax)<br>michaelf@johnsonfistel.com<br>  *Assigned: 11/21/2016*<br>  TERMINATED: 03/03/2017 | representing | **Manzoor Bevinal**<br>TERMINATED:<br>03/06/2017<br>*(Plaintiff)* |
| **Marc C. Gorrie**<br>mgorrie@pomlaw.com<br>  *Assigned: 09/09/2016*<br>  ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Melissa Joy Gworek**<br>Alston & Bird LLP (Atlanta Office)<br>One Atlantic Center<br>1201 W Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309-3424<br>(404) 881-4471<br>(404) 881-7777 (fax)<br>Mel.Gworek@alston.com<br>  *Assigned: 11/22/2016*<br>  TERMINATED: 03/21/2018 | representing | **Quorum Health<br>Corporation**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **James Auman Haltom**<br>Nelson, Mullins, Riley & Scarborough, LLP<br>(Nashville Office)<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1100<br>Nashville, TN 37219<br>(615) 664-5339<br>(615) 664-5399 (fax)<br>James.haltom@tn.gov<br> *Assigned: 03/22/2018*<br> *TERMINATED: 08/28/2019* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
|  |  | **Michael J. Culotta**<br>*(Defendant)* |
| **John C. Hayworth**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>John.Hayworth@butlersnow.com<br> *Assigned: 05/05/2017*<br> *TERMINATED: 03/09/2018* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |

| | | |
|---|---|---|
| | | **Wayne T. Smith**<br>*(Defendant)* |
| **Jack A. Herman**<br>Robbins, Russell, Englert, Orseck, Untereiner<br>& Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>jherman@robbinsrussell.com<br>  *Assigned: 05/09/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| **Al Holifield**<br>aholifield@hapc-law.com<br>  *Assigned: 11/21/2016*<br>  ATTORNEY TO BE NOTICED | representing | **Cornelius Koh Beng Yan**<br>*(Movant)* |
| **James A. Holifield, Jr.**<br>Holifield Janich Rachal & Associates, PLLC<br>11907 Kingston Pike<br>Suite 201<br>Knoxville, TN 37934<br>(865) 566-0115<br>(865) 566-0119 (fax)<br>aholifield@holifieldlaw.com<br>  *Assigned: 11/08/2016*<br>  ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Corey D. Holzer**<br>Holzer & Holzer, LLC<br>1200 Ashwood Parkway | representing | **Aparna Rao**<br>*(Plaintiff)* |

Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
*Assigned: 09/09/2016*
*ATTORNEY TO BE NOTICED*

representing

**Aparna Rao**
*(Plaintiff)*

**Susan Elaine Hurd**
Susan.Hurd@alston.com
*Assigned: 11/08/2016*
*TERMINATED: 03/21/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**
*(Defendant)*

**Thomas D. Miller**
*(Defendant)*

**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
*Assigned: 10/06/2016*
*TERMINATED: 04/02/2018*

representing

**Quorum Health Corporation**
*(Defendant)*

**Michael J. Culotta**

|  |  |  |
|---|---|---|
|  |  | *(Defendant)* |
|  |  | **Thomas D. Miller**<br>*(Defendant)* |
| **Frank J. Johnson**<br>Johnson Fistel, LLP (San Diego, CA Office)<br>655 West Broadway<br>Suite 1400<br>San Diego, CA 92101<br>(619) 230-0063<br>(619) 255-1856 (fax)<br>frankj@johnsonfistel.com<br> *Assigned: 11/22/2016*<br> *TERMINATED: 03/03/2017* | representing | **Manzoor Bevinal**<br>*TERMINATED: 03/06/2017*<br>*(Plaintiff)* |
| **Brandon R. Keel**<br>King & Spalding LLP (Atlanta Office)<br>1180 Peachtree Street NE<br>Suite 1600<br>Atlanta, GA 30309-3521<br>(404) 527-2780<br>bkeel@kslaw.com<br> *Assigned: 05/18/2018*<br> *ATTORNEY TO BE NOTICED* | representing | **Quorum Health Corporation**<br>*(Defendant)* |
| **Jeremy A. Lieberman**<br>Pomerantz LLP (NY Office)<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>(212) 661-8665 (fax)<br>jalieberman@pomlaw.com<br> *Assigned: 09/09/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Aparna Rao**<br>*(Plaintiff)* |
| **Wendy Liu**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

4th Floor
Washington, DC 20006
(202) 775-4500
(202) 775-4510 (fax)
wliu@robbinsrussell.com
*Assigned: 06/29/2018*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **W. Larry Cash** *(Defendant)* |
|  |  | **Wayne T. Smith** *(Defendant)* |
| **Jerry E. Martin** Barrett Johnston Martin & Garrison, LLC Philips Plaza 414 Union Street Suite 900 Nashville, TN 37219 (615) 244-2202 (615) 252-3798 (fax) jmartin@barrettjohnston.com *Assigned: 11/08/2016* *TERMINATED: 03/07/2017* | representing | **IBEW 673 Pension Plan** *TERMINATED: 03/07/2017* *(Movant)* |
| **Milton S. McGee, III** Riley, Warnock & Jacobson 1906 West End Avenue Nashville, TN 37203 615) 320-3700 tmcgee@rwjplc.com *Assigned: 10/06/2016* *TERMINATED: 04/02/2018* | representing | **Quorum Health Corporation** *(Defendant)* |
|  |  | **Michael J. Culotta** *(Defendant)* |
|  |  | **Thomas D. Miller** *(Defendant)* |

| | | |
|---|---|---|
| **Danielle S. Myers**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>danim@rgrdlaw.com<br>  *Assigned: 12/20/2016*<br>  *TERMINATED: 03/07/2017* | representing | **IBEW 673 Pension Plan**<br>*TERMINATED:*<br>*03/07/2017*<br>*(Movant)* |
| **Gary A. Orseck**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4504<br>(202) 775-4510 (fax)<br>gorseck@robbinsrussell.com<br>  *Assigned: 05/09/2017*<br>  *ATTORNEY TO BE NOTICED* | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| | | **Quorum Health Corporation**<br>*(Defendant)* |
| | | **Michael J. Culotta**<br>*(Defendant)* |
| | | **Thomas D. Miller**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Lauren Patten**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>Lauren.Patten@butlersnow.com<br>  *Assigned: 12/11/2018*<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
| | | **W. Larry Cash**<br>*(Defendant)* |
| | | **Wayne T. Smith**<br>*(Defendant)* |
| **Darren J. Robbins**<br>Robbins Geller Rudman & Dowd LLP (San Diego)<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>darrenr@rgrdlaw.com<br>  *Assigned: 12/05/2016*<br>  *TERMINATED: 03/07/2017* | representing | **IBEW 673 Pension Plan**<br>*TERMINATED: 03/07/2017*<br>*(Movant)* |
| **William J. Trunk**<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>(202) 775-4510 (fax)<br>wtrunk@robbinsrussell.com<br>  *Assigned: 05/09/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Robert Jackson Walker**<br>Butler Snow LLP (Nashville)<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Suite 1600<br>Nashville, TN 37201<br>(615) 651-6700<br>(615) 651-6701 (fax)<br>Bob.Walker@butlersnow.com<br> *Assigned: 05/05/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Community Health Systems, Inc.**<br>*(Defendant)* |
|  |  | **W. Larry Cash**<br>*(Defendant)* |
|  |  | **Wayne T. Smith**<br>*(Defendant)* |
| **Michael J. Wernke**<br>Pomerantz LLP (NY Office)<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>mjwernke@pomlaw.com<br> *Assigned: 02/28/2017*<br>  ATTORNEY TO BE NOTICED | representing | **Aparna Rao**<br>*(Plaintiff)* |
|  |  | **Zwick Partners LP**<br>*(Plaintiff)* |