UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 3:16-cv-02475 |
| v. | )<br>) |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER and MICHAEL J. CULOTTA, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Reconsideration (Doc. No. 355) of the Court's November 20, 2020 Order (Doc. No. 354) requiring at least one local counsel for each party to appear at the November 30, 2020 settlement fairness hearing. Given Plaintiffs' local counsel's underlying health conditions and concerns related to COVID-19, he requests the Court to reconsider its Order and allow him to attend the settlement fairness hearing remotely. (Doc. No. 355 at 1.)

Because the Court understands counsel's concerns and recognizes that the exigent circumstances related to the COVID-19 pandemic still exist, Plaintiffs' Unopposed Motion for Reconsideration (Doc. No. 355) is **GRANTED IN PART**. The Court will reconsider its November 20, 2020 Order to the extent it would require an attorney, like Plaintiffs' local counsel, who is in a high-risk category to attend the settlement fairness hearing in person. However, the Court still requires at least one attorney for each party to appear in person for the hearing (whether it be lead

or local counsel), particularly because this case involves an $18 million class-wide settlement and more than $7 million in requested attorneys' fees and costs. Moreover, the settlement fairness hearing will be open to class members and the general public, and an entirely remote hearing that will also give meaningful public access cannot be arranged on such short notice.

Although it is impossible to eliminate all health and safety risks caused by COVID-19 at this time, the Court ensures the public, members of the bar, and parties that it has implemented extensive safety precautions such that in-person hearings are as safe as practicable under the circumstances.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE